IDA C. PORTER, Appellant, *v.* THE PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Respondent.

*Porter* v. *Preferred Accident Insurance Co.,* 109 App. Div. 103, affirmed.
(Argued November 23, 1906; decided December 11, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

November 21, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover on a policy of accident insurance.

*Timothy Curtin* for appellant.

*S. M. Lindsley* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Not sitting: HISCOCK, J.